FILED
November 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003059323

DAVE M. McGRAW (State Bar No. 86389)
PATRICK K. McCLELLAN (State Bar No. 77352)
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, California 94597-2738
(925) 944-0206

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.
aka: Wachovia Mortgage, a Division of Wells Fargo Bank, N.A.
fka: Wachovia Mortgage, FSB
fka: World Savings Bank, FSB

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEE KLEIN,<br>fka: Genevieve Monica Klein,<br><br><br>      Debtor.<br>_____<br><br>LAWRENCE J. LOHEIT,<br><br><br>      Trustee.<br>_____ | Case No. 10-46979<br>Chapter 13<br><br><br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND ALL PARTIES OF INTEREST:

    WELLS FARGO BANK, N.A., a Secured Creditor in the above-captioned Chapter 13 case, hereby requests that it be served with all pleadings, court notices, motions, and other documents and papers pertaining to the above-captioned case including all notices required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to:

. . .

. . .

. . .

. . .

. . .

C:\MOTIONS\KLEIN\Special Notice/lmED        1

| | |
|---|---|
| 1 | LAW OFFICES OF DAVE M. McGRAW |
| 2 | A Professional Corporation |
| | 2890 North Main Street, Suite 307 |
| 3 | Walnut Creek, CA  94597-2738 |

Dated: November 8, 2010                    LAW OFFICES OF DAVE M. McGRAW

/s/ Dave M. McGraw
DAVE M. McGRAW
Attorneys for Secured Creditor