
④

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re ) Case No. 10-46979-E-13L
) Docket Control No. DBJ-1
DEE KLEIN, )
)
        Debtor. ) Evidentiary Hearing
) DATE: March 11, 2011
_____ ) TIME: 9:30 a.m.
    DEPT: E

**NOTICE OF AND ORDER FOR EVIDENTIARY HEARING**

**IT IS ORDERED** as follows:

1. The evidentiary hearing for Debtor's motion to value collateral of Wells Fargo Bank, N.A. (as successor-in-interest to Wachovia) will be held on **March 11, 2011, at 9:30 a.m.** before the Honorable Ronald H. Sargis, in Department E, United States Bankruptcy Court, 501 I Street, Sixth Floor, Courtroom 33, Sacramento, California. Continuance of the hearing date is disfavored and will be granted only upon noticed hearing and a showing of good cause.

2. The hearing is set for one-half (1/2) day.

3. The declarations filed by the appraisers and other persons in support or opposition to the Motion shall constitute the Alternative Direct Testimony Statements as provided under Local Rule 9017-1. **Presentation of witnesses at the hearing is required.**

4.  The parties shall comply with the following requirements regarding exhibits:

   a.  Copies of all exhibits that a party may offer into evidence or use for any other purpose in connection with this hearing shall be pre-marked (plaintiff to use numbers and defendant to use letters) and presented in triplicate. In the case of ten (10) or more exhibits, they should be placed in three-ring binders.

   b.  On or before **January 17, 2011**, Debtors shall serve one copy of their Exhibits on opposing counsel and lodge three copies with the court, Department E, at the United States Bankruptcy Court, Eastern District of California, **Attn: Janet Larson**, 501 I Street, Suite 3-200, Sacramento, California, 95814.

   c.  On or before **January 31, 2011**, creditor, Wells Fargo Bank, N.A., shall serve one copy of their Exhibits on opposing counsel and lodge three copies with the court, Department E, at the United States Bankruptcy Court, Eastern District of California, **Attn: Janet Larson**, 501 I Street, Suite 3-200, Sacramento, California, 95814.

5.  On or before **January 17, 2011**, Debtors shall file and serve any supplemental direct testimony statements, and points and authorities, with a Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address. Supplemental hearing brief(s) shall not exceed five (5) pages.

6.  On or before **January 31, 2011**, creditor, Wells Fargo Bank, N.A., shall file and serve any supplemental direct testimony statements, and points and authorities, with a Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address. Supplemental hearing brief(s) shall not exceed five (5) pages.

7.  Evidentiary objections to the direct testimony statements, supplemental briefs, and exhibits shall be filed with the court and served on or before **February 7, 2011**, with a

Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address. Opposition to any pretrial motions and evidentiary objections shall be filed and served on or before **February 14, 2011**, with a Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address.

Dated: December 15, 2010

RONALD H. SARGIS, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

Douglas Jacobs
20 Independence Cir
Chico, CA 95973

Wells Fargo Bank, N.A.
c/o Darlene C. Vigil
20955 Pathfinder Rd #300
Diamond Bar, CA 91765

Dee Klein
PO Box 520
Paradise, CA 95967

Lawrence Loheit
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814